| | |
|---|---|
| In re: | Case No. 25-41396-tnap |
| Aravak Energy, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-4 | User: kmigl | Page 1 of 2 |
| Date Rcvd: Nov 17, 2025 | Form ID: 309F1 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Aravak Energy, LLC, 7901 4th St N # 16376, St Petersburg, FL 33702-4305 |
| aty | + | Lauren Schoenewald ust47, United States Department of Justice, Office of the United States Trustee, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East, Suite 441 Cleveland, OH 44114-1234 |
| 28357415 | | Altigen Omega, LLC, 1209 N Orange St # 2500, Wilmington, DE 19801-1120 |
| 28357416 | + | Anthony J. DeGirolamo, Attorney at Law, 3930 Fulton Dr., N.W.,Ste.100B, Canton, OH 44718-3040 |
| 28357417 | + | Baker Hostetler, 127 Public Sq. Ste. 2000, Cleveland, OH 44114-1214 |
| 28357420 | + | CS Investments LLC, P.O. Box 923, Layton, UT 84041-0954 |
| 28357418 | | Columbia County Prosecutor, 135 S Market St, Lisbon, OH 44432-1231 |
| 28357419 | + | Columbiana County Treasurer, 105 S Market St, Lisbon, OH 44432-1234 |
| 28357421 | + | David A. Lockshaw, Jr., 180 E. Broad St. 3400, Columbus, OH 43215-3707 |
| 28357422 | | Dickinson Wright PLLC, Attn: David A. Lockshaw Jr., Esq., 180 E Broad St # 3400, Columbus, OH 43215-3707 |
| 28357425 | | Jefferson County Prosecutor, 104 N 3rd St, Steubenville, OH 43952-2119 |
| 28357426 | + | Jefferson County Treasurer, Jefferson County Courthouse, 301 Market St 104, Steubenville, OH 43952-2149 |
| 28357427 | + | Kohrman, Jackson & Krantz, LLP, Attn. Daniel J. Matusicky, Esq., 10 West Broad St. 2500, Columbus, OH 43215-3484 |
| 28357428 | + | Laura Penry, 23 Corporate Plaza Dr. 150, Newport Beach, CA 92660-7908 |
| 28357433 | | Surya Oil & Gas, Inc., 500 Virginia St E # 10, Charleston, WV 25301-2164 |
| 28357434 | + | Timothy Seibert, 4065 Steeple Chase St., Wooster, OH 44691-7464 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: tony@ajdlaw7-11.com | Nov 17 2025 21:01:00 | Anthony J. DeGirolamo, 3930 Fulton Drive NW, Suite 100B, Canton, OH 44718 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Nov 17 2025 21:01:00 | United States Trustee, Office of the U.S. Trustee, H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East Suite 441, Cleveland, OH 44114-1234 |
| 28357424 | | EDI: IRS.COM | Nov 18 2025 01:57:00 | IRS Special Procedures, 1240 E 9th St Rm 457, Cleveland, OH 44199-9904 |
| 28357430 | | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | Nov 17 2025 21:01:00 | Ohio Bureau of Workers Compensation, Attn: Law Section Bankruptcy Unit, Po Box 15567, Columbus, OH 43215-0567 |
| 28357429 | | EDI: OHIOAG | Nov 18 2025 01:57:00 | Ohio Attorney General, Attn: Bankr Mgr Collections Enfmt, 30 E Broad St Fl 14, Columbus, OH 43215-3414 |
| 28357431 | | Email/Text: uibankruptcy@jfs.ohio.gov | Nov 17 2025 21:02:00 | Ohio Department of Jobs & Family Service, Attn: Donn D Rosenblum, Po Box 182404, Columbus, OH 43218-2404 |
| 28357432 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Nov 17 2025 21:02:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, Po Box 530, Columbus, OH 43216-0530 |
| 28357436 | | Email/Text: USAOHN.BankruptcyCle@usdoj.gov | Nov 17 2025 21:01:00 | US Attorney's Office, Attn: Bankruptcy Unit, 801 W Superior Ave Ste 400, Cleveland, OH |

| | | | |
| --- | --- | --- | --- |
| 28357435 | ^ MEBN | Nov 17 2025 21:00:06 | 44113-1852<br>US Attorney General, c/o US Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 28357423 | * | Internal Revenue Service, Centralized Insolvency Operations, Po Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Anthony J. DeGirolamo | on behalf of Debtor Aravak Energy LLC tony@ajdlaw7-11.com, amber@ajdlaw7-11.com;G23630@notify.cincompass.com |
| Lauren Schoenewald ust47 | on behalf of U.S. Trustee United States Trustee lauren.schoenewald@usdoj.gov |

TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Aravak Energy, LLC <br> Name | EIN: | 99–4715521 |
| United States Bankruptcy Court | Northern District of Ohio | Date case filed for chapter: | 11   11/14/25 |
| Case number: | 25–41396–tnap | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Aravak Energy, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7901 4th St N # 16376 <br> St Petersburg, FL 33702–4305 | |
| 4. | **Debtor's attorney** <br> Name and address | Anthony J. DeGirolamo <br> 3930 Fulton Drive NW, Suite 100B <br> Canton, OH 44718 | Contact phone 330–305–9700 <br><br> Email: tony@ajdlaw7–11.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. <br> https://www.ohnb.uscourts.gov. | U.S. Bankruptcy Court <br> Federal Building & US Courthouse <br> 10 East Commerce Street <br> Youngstown, OH 44503 | Hours open: <br> 9:00 AM – 4:00 PM <br><br> Contact phone 330–742–0900 <br><br> Date: 11/17/25 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **December 16, 2025 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *** Valid photo identification required *** <br> *** Proof of Social Security Number required *** | Location: <br><br> **341 meeting will be conducted remotely., Please check the docket or with the case, trustee for procedures.** |

For more information, see page 2 >

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** | _____ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |